UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LINDA HUGHES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Case No. 4:22-cv-00723-O |
| | § | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Extend Mediation Deadline and Appoint Wade McMullen as Agreed Mediator (ECF No. 8), filed September 21, 2022. The parties ask to delay their original mediation deadline (October 6, 2022) until and including **January 31, 2023,** and to appoint **Wade McMullen** as mediator. The Court **DENIES** the parties' agreed motion. The current date was chosen to permit the parties to attempt to resolve this matter before incurring significant costs. If the parties agreed upon mediator becomes available, they may seek to substitute him in place of the current mediator. Absent that however, the parties are directed to complete the mediation as scheduled.

**SO ORDERED** this **23rd day** of **September, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE